MARGARET MURPHY, Appellant, *v.* LEWIS P. ROSS, Respondent.

(Submitted January 13, 1890 ; decided January 28, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made February 11, 1887, which affirmed a judgment in favor of defendant, entered upon the report of a referee.

*George D. Forsyth* for appellant.

*David Hays* for respondent.

Agree to affirm; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.